# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JEFFREY E. PERELMAN, AND JEP MANAGEMENT, INC., AS EQUITABLE SUBROGEE OF JEFFREY E. PERELMAN | : No. 65 MAL 2016<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| v. | : |
| RAYMOND G. PERELMAN; DILWORTH PAXSON, LLP: JOSEPH JACOVINI; LAWRENCE MCMICHAEL; MARJORIE OBOD; RONALD PERELMAN; HAINES & ASSOCIATES; CLIFFORD E. HAINES; BUCKLEY, BRION, MCGUIRE, MORRIS & SOMMER LLP; ANDREW C. ECKERT; SIGMUND FLECK; GUNSTER, YOAKLEY & STEWART, P.A.; AND GEORGE S. LEMIEUX | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: DILWORTH PAXSON LLP, JOSEPH JACOVINI, LAWRENCE MCMICHAEL AND MARJORIE OBOD | :<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Reply Brief are **DENIED**.

    Justices Donohue and Wecht did not participate in the consideration or decision of this matter.